UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| James A. Stanley and Denise M. Stanley ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> Ameriquest Mortgage Company ) <br> Defendant. ) <br> ) | Case No. 04-11376 WGY |

NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned appears for **Ameriquest Mortgage Company** and requests that all notices and/or motions or pleadings of any kind given or required to be given in this case be given to and served upon Sanjit S. Korde, Korde & Associates, 321 Billerica Road, Suite 210, Chelmsford, Massachusetts, 01824.

Date: August 18, 2004

Respectfully submitted,
Ameriquest Mortgage Company,
by its attorney:

_____
Sanjit S. Korde
Korde & Associates
321 Billerica Road, Suite 210
Chelmsford, MA. 01824
Tel: 978-256-1500
BBO# 636295

**CERTIFICATE OF SERVICE**

I, Sanjit S. Korde, hereby certify that on August 18, 2004, a true copy of the above document was served upon the attorneys of record of all parties to this action via United States mail.

_____
Sanjit S. Korde