UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| James A. Stanley and Denise M. Stanley )<br>Plaintiffs, )<br>v. )<br>  )<br>Ameriquest Mortgage Company )<br>Defendant. )<br>_____ ) | Case No. 04-11376 WGY |

## STIPULATION REGARDING DEADLINE FOR FILILNG RESPONSIVE PLEADING TO THE COMPLAINT

The parties to this case hereby agree and stipulate that the deadline for Defendant to file a responsive pleading in this case is extended to October 8, 2004.

Date: August 18, 2004

Respectfully submitted,

| James A. Stanley and<br>Denise M. Stanley<br>by their attorney: | Ameriquest Mortgage Company,<br>by its attorney: |
|---|---|
| Christopher M. Lefebvre (ssk)<br>Christopher M. Lefebvre<br>P.O. Box 479<br>Pawtucket, RI 02862<br>Tel: 401-728-6060<br>BBO# 629056 | Sanjit S. Korde<br>Korde & Associates<br>321 Billerica Road, Suite 210<br>Chelmsford, MA. 01824<br>Tel: 978-256-1500<br>BBO# 636295 |

## CERTIFICATE OF SERVICE

I, Sanjit S. Korde, hereby certify that on August 18, 2004, a true copy of the above document was served upon the attorneys of record of all parties to this action via United States mail.

Sanjit S. Korde