JAMES A. STANLEY and
DENISE M. STANLEY
  Plaintiffs

    v.                                  C.A. 04-11376WGY

AMERIQUEST MORTGAGE COMPANY,
  Defendant and Third Party Plaintiff

    v.

PETER T. DAMORE, JR.,
  Third Party Defendant

## MOTION TO CONTINUE
## SCHEDULING CONFERENCE

Now comes Ameriquest Mortgage Company (hereinafter "Ameriquest") defendant and third party plaintiff and hereby requests that the court continue the scheduling conference scheduled for November 15, 2004

As grounds in support Ameriquest states that it has filed a Third Party Complaint against third party defendant Peter T. Damure, Jr., on or about October 8, 2004. Ameriquest forwarded the third party complaint for service to the third party defendant on October 26, 2004. Third Party Defendant has not appeared in the case to date, as the time to file an answer has not yet expired. Accordingly, a productive initial scheduling conference cannot take place until the third Party Defendant files an appearance and answer. Counsel for the Plaintiff has been consulted regarding this motion and does not oppose the motion.

Wherefore, Ameriquest requests that the scheduling conference be continued to a later date based on the availability of the court's docket.

> Respectfully submitted,
>
> AMERIQUEST MORTGAGE COMPANY
> By his attorney,
>
> _____
>
> Victor Manougian
> BBO #547808
> Korde & Associates, PC
> 321 Billerica Road
> Suite 210
> Chelmsford, MA 01824-4100

Dated: October 28, 2004

## CERTIFICATE OF SERVICE

I, Victor Manougian, hereby certify that I have this day served a copy of the within Motion to Continue Scheduling Conference by First Class Mail, upon the following:

Christopher M. Lefebure
P.O. Box 479
Pawtucket, RI 02862

Peter T. Damore, Jr. Esq.
279 Cambridge Street
Burlington, MA 01803

Dated: October 28, 2004                   _____
                                          Victor Manougian