# United States District Court

_____ DISTRICT OF _____

| | |
|---|---|
| PLAINTIFF<br>James A. Stanley and<br>Denise M. Stanley | **THIRD PARTY SUMMONS IN A CIVIL ACTION** |
| V. DEFENDANT AND THIRD PARTY PLAINTIFF<br>Ameriquest Mortgae Company | CASE NUMBER: 04-11376-WGY |
| V. THIRD PARTY DEFENDANT<br>Peter T. Damure, JR. | |

TO: (Name and address of Third Party defendant)

Peter T. Damore, Jr.
279 Cambridge Street
Burlington, MA 01803

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Christopher M. Lefebvre<br>PO Box 479<br>Pawtucket, RI 02862 | Victor Manougian<br>Korde & Associates, PC<br>321 Billerica Road, Suite 210<br>Chelmsford, MA 01824 |

an answer to the third-party complaint which is herewith served upon you within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

CLERK

(BY) DEPUTY CLERK

DATE  10/21/04

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | |

Middlesex Sheriff's Office • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

October 29, 2004

I hereby certify and return that on 10/28/2004 at 12:35PM I served a true and attested copy of the THIRD PARTY SUMMONS AND THIRD PARTY COMPLAINT, EXHIBITS in this action in the following manner: To wit, by delivering in hand to PETER T. DAMURE, JR. at, 279 CAMBRIDGE Street, BURLINGTON, MA 01803. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($3.60), Postage and Handling ($1.00), Travel ($8.32) Total Charges $47.92

*Deputy Sheriff*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                      Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.