**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CASE NUMBER:
**04-11376-WGY**

JAMES A. STANLEY and
DENISE M. STANLEY
    Plaintiffs
Vs.

AMERIQUEST MORTGAGE COMPANY
    Defendant and
    Third Party Plaintiff
Vs.

PETER T. DAMORE, Jr.
    Third Party Defendant

**NOTICE OF APPEARANCE**

To The Clerk of the Above Named Court:

Please enter our appearance for the Third Party Defendant, Peter T. Damore, Jr. in the above captioned matter.

    Respectfully submitted,

    Stephen J. Duggan
    BBO # 137610
    Sduggan@LynchLynch.com
    J. William Chamberlain, Jr.
    BBO # 632784
    Bchamberlain@LynchLynch.com
    Susan E. Sullivan
    BBO # 555570
    Ssullivan@lynchlynch.com
    Lynch & Lynch
    45 Bristol Drive
    South Easton, MA 02375
    508-230-2500