## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CASE NUMBER:
**04-11376-WGY**

JAMES A. STANLEY and
DENISE M. STANLEY
    Plaintiffs

Vs.

AMERIQUEST MORTGAGE COMPANY
    Defendant and
    Third Party Plaintiff

Vs.

PETER T. DAMORE, Jr.
    Third Party Defendant

## STATEMENT OF THIRD PARTY DEFENDANT
## RELATIVE TO JOINT RULE 26(f) REPORT

Now comes the Third Party Defendant, Peter T. Damore, Jr., and stipulates that he has received a copy of the Joint Rule 26(f) Report filed by counsel for the Plaintiffs and Defendant and joins said parties with regard to the Rule 26(f) Report.

Additionally, the Third Party Plaintiff certifies that pursuant to Local Rule 16.1(D)(3) that he and his counsel have conferred: (a) with a view to establishing a budget for the full course, and various alternative courses, of the litigation; and (b) to consider the resolution of the pending litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

_____
Stephen J. Duggan
BBO # 137610
Sduggan@lynchlynch.com
Susan E. Sullivan
BBO # 555570
Ssullivan@lynchlynch.com
Lynch & Lynch
45 Bristol Drive
South Easton, MA  02375

508-230-2500