SCANNED
DATE: 12/1/04
BY: [signature]

FILED
IN CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2004 NOV 30  A 11: 49

U.S. DISTRICT COURT
DISTRICT OF MASS.

JAMES A. STANLEY and )
DENISE M. STANLEY )
)
Plaintiffs, )
)
v. ) C.A. 04-11376-WGY
)
AMERIQUEST MORTGAGE )
COMPANY )
)
Defendant. )

Dec 3 2004
YOUNG, D.J.
So ordered as the case management scheduling order.
Discovery due June 1, 2005
Dispositive Motions due June 15, 2005
[signature]
U.S. District Judge

## JOINT RULE 26(f) REPORT

The Court has ordered a scheduling conference for December 15, 2004, in accordance with Rule 16(b) and Local Rule 16.1. Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the parties state as follows:

1. The parties shall exchange initial disclosures under Rule 26(a) on or before January 15, 2005.

2. The parties shall submit their first written discovery requests, i.e. interrogatories, requests for production and requests for admissions on or before February 15, 2005.

3. All fact discovery shall be completed by May 15, 2005.

4. The parties' expert designations shall be made by June 1, 2005.

5. Dispositive motions shall be filed on or before June 15, 2005.

6. The plaintiffs have requested a jury trial, and the parties expect that a trial on this matter would last one day.

7. The parties do not believe that this matter will be suitable for Alternative Dispute

1

Resolution.

8. The parties do not consent to a trial by the Magistrate Judge.

9. The Defendant has filed a third party complaint against Peter T. Damore Jr. Said third party Defendant has not yet filed any appearance in this action.

10. Pursuant to Local Rule 16.1(D)(3), the parties to this action and their counsel hereby certify that they have conferred:

   a. with a view to establishing a budget for the full course - and various alternative courses - of the litigation; and

   b. to consider the resolutions of the litigation through use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

_____ 11/29/04
Christopher M. Lefebvre, Esq.
BBO #629056
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
Attorney James & Denise Stanley

_____ Sanjit S Korde with permission by C.M.L.
Sanjit S. Korde Esq.
BBO #636295
Korde & Associates
321 Billerica Road, Suite 210
Chelmsford, MA 01824
(978) 256-1500
Attorneys for Ameriquest Mortgage Company

2

Resolution.

8. The parties do not consent to a trial by the Magistrate Judge.

9. The Defendant has filed a third party complaint against Peter T. Damore Jr. Said third party Defendant has not yet filed any appearance in this action.

10. Pursuant to Local Rule 16.1(D)(3), the parties to this action and their counsel hereby certify that they have conferred:

    a. with a view to establishing a budget for the full course - and various alternative courses - of the litigation; and

    b. to consider the resolutions of the litigation through use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Christopher M. Lefebvre, Esq.
BBO #629056
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
Attorney James & Denise Stanley

Sanjit S. Korde Esq. ; VICTOR MANOUGIAN
BBO #636295 ; BBO # 547808
Korde & Associates
321 Billerica Road, Suite 210
Chelmsford, MA 01824
(978) 256-1500
Attorneys for Ameriquest Mortgage Company

2