UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **STANLEY** | Civil Action<br>No: 04-11376-WGY |
| **Plaintiff** |  |
| v. |  |
| **AMERIQUEST MORTGAGE**<br>**Defendant** |  |

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, C.J.**

    The Court having been advised on 12/15/04 that the above-entitled action has been settled:

    IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

 

By the Court,

/s/ Elizabeth Smith
_____
**Deputy Clerk**

**December 15, 2004**

**To: All Counsel**