UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NUMBER:
04-11376-WGY

JAMES A. STANLEY and
DENISE M. STANLEY
    Plaintiffs
Vs.

AMERIQUEST MORTGAGE COMPANY
    Defendant and
    Third Party Plaintiff
Vs.

PETER T. DAMORE, Jr.
    Third Party Defendant

## STIPULATION OF DISMISSAL

The parties to the above-captioned matter hereby stipulate, pursuant to Fed.R.Civ.P. 41(a)(1)(ii) and Local Rule 68.2, that this action, including all claims and third party claims, is hereby dismissed in its entirety, with prejudice, without costs, and all rights of appeal waived.

Plaintiffs
James A. Stanley and
Denise M. Stanley

_____
Christopher M. Lefebvre BBO# 629056
Attorney for the Plaintiffs
P.O. Box 479
Pawtucket, RI 02862

Defendant/Third Party Plaintiff
Ameriquest Mortgage Company

_____
Victor Manougian BBO# 547868
Attorney for the Defendant/Third Party Plaintiff
Korde & Associates PC
321 Billerica Road, Suite 210
Chelmsford, MA 01824-4100

Respectfully submitted,
Third Party Defendant
Peter T. DaMore, Jr.

_____
Stephen J. Duggan BB0#137610
J. William Chamberlain, Jr., BBO#632784
Lynch & Lynch
Attorneys for the Third Party Defendant
45 Bristol Drive
South Easton, MA 02375
508-230-2500

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on _____

Respectfully submitted,

*[signature]*

Susan E. Sullivan (BBO #555570)
Attorney for 3rd Party Defendant
Lynch & Lynch
45 Bristol Drive
South Easton, MA  02375
508-230-2500